# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------x
ANDREW MARSHELLO,

                              Plaintiff,

- against -

THE CITY OF NEW YORK, NYPD POLICE OFFICER
VARGAS, Tax ID No. 965591, and NYPD POLICE OFFICERS
JOHN/JANE DOES NUMBERS 1-10,

                              Defendants.
------------------------------------------------------------------------x

Index No. # 157922/2021

Law Dep't No.: 2021-024379

**CONSENT TO REMOVAL**

        **HECTOR VARGAS** s/h/a NYPD POLICE OFFICER VARGAS, Tax ID No. 965591, hereby states:

1. I have been made aware that I am a named Defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:    New York, New York

            September 10, 2021

                                                              _____
                                                              **HECTOR VARGAS**