UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                 :

ANDREW MARSHELLO,             :

                        Plaintiff,    :          21 Civ. 7936 (LGS)

                                   :

          -against-              :             ORDER

                                   :

CITY OF NEW YORK, et al.,        :

                       Defendants. :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within thirty (30) days of this Order.  Any application to reopen filed

after thirty (30) days from the date of this Order may be denied solely on that basis.  Any

pending motions are **DENIED** as moot, and all conferences and deadlines are **CANCELLED**.

Dated: May 31, 2022
      New York, New York

                                          **LORNA G. SCHOFIELD**
                               **UNITED STATES DISTRICT JUDGE**